IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREA LUCE, ET AL.                                                                    PLAINTIFFS

vs.                                    NO: 5:07CV00241 BSM

BOBBY WILKERSON, INC.                                                                 DEFENDANT

## **ORDER**

Plaintiffs move the court to reconsider its order denying plaintiffs' motion for continuance. In support of their motion for continuance, plaintiffs stated that they needed additional time in which to conduct discovery and therefore would not be prepared for the March 23, 2009 trial. In support of the motion for reconsideration, plaintiffs now bring to the court's attention that defense counsel has a medical condition that has prevented counsel from participating in discovery and preparing the case for trial. Counsel was hospitalized in September, 2008, and has not been released by his physician to return to work. He anticipates that he will be released sometime in January, 2009.

The court has reconsidered plaintiffs' request and finds that a continuance is warranted. The trial is continued to June 22, 2009. All previously scheduled deadlines are extended 60 days.

Accordingly, plaintiffs' motion to reconsider the court's order denying plaintiffs' motion for continuance (Doc. No. 21) is granted.

IT IS SO ORDERED this 2nd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE