# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ANDREA LUCE and HOT ROCKS, INC.**　　　　　　　　　　　　　　　**PLAINTIFFS**

**vs.**　　　　　　　　**Case No. 5:07-CV-0241 BSM**

**BOBBY WILKERSON, INC.,**
**d/b/a WILKERSON AND ASSOCIATES**　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiffs' oral motion to dismiss voluntarily the captioned matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Court finds that the motion should be, and hereby is, GRANTED. Plaintiffs' complaint against Bobby Wilkerson, Inc., d/b/a Wilkerson and Associates is hereby DISMISSED WITH PREJUDICE.

SO ORDERED this 30th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE BRIAN S. MILLER

APPROVED BY:

Richard L. Angel
Angel Law Firm, PLLC
100 Morgan Keegan Drive, Suite 420
Little Rock, Arkansas  72202-2213

/s/  Richard L. Angel
Richard L. Angel, Ark. Bar No. 87004

and

Denise Reid Hoggard
Chisenhall, Nestrud & Julian, P.A.
400 West Capitol, Suite 2840
Little Rock, Arkansas  72201

/s/  Denise Reid Hoggard
Denise Reid Hoggard, Ark. Bar No. 84072

*Attorneys for Andrea Luce and Hot Rocks, Inc.*


QUATTLEBAUM, GROOMS,
   TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201

/s/  Steven W. Quattlebaum
Steven W. Quattlebaum, Ark. Bar No. 84127
Kristine G. Baker, Ark. Bar No. 96211
Jennifer L. Wethington, Ark. Bar No. 2002148
Benecia B. Moore, Ark. Bar No. 2006050

*Attorneys for Defendant Bobby Wilkerson, Inc.,
d/b/a Wilkerson & Associates*